UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:14-CR-00483(1)-FM |
| | § | |
| (1) Ricardo Huante | § | |

## ORDER SETTING JURY SELECTION AND TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Monday, June 29, 2015 at 09:00 AM**.

    The Court finds that the interest of justice outweigh the interest of the Defendant and of the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from **April 2, 2015 through June 29, 2015,** is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 6th day of April, 2015.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE