# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| USA | § |
| | §   CRIMINAL NO: |
| vs. | §   EP:14-CR-00483(1)-FM |
| | § |
| (1) Ricardo Huante | § |

## ORDER RESETTING STATUS CONFERENCE

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **STATUS CONFERENCE** in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Wednesday, June 24, 2015 at 02:30 PM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office.

     IT IS SO ORDERED this 18th day of June, 2015.

 

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE